**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 22 WAL 2017
                                   :
           Respondent           :
                                     :    Petition for Allowance of Appeal from
                                     :    the Order of the Superior Court
                 v.                  :
                                     :
                                     :
DAVID CLAPPER,                      :
                                     :
           Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.